# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 18-mj-863 KBM | UNITED STATES vs. Ryan | |
| Hearing Date: | 3/19/2018 | Time In and Out: | 10:01-10:04, 10:15-10:18 |
| Clerk: | E. Romero | Courtroom: | Rio Grande |
| Defendant: | Wayne Ryan | Defendant's Counsel: | Pro-Se |
| AUSA | Jeremy Pena | Pretrial/Probation: | Sandra Avila-Toledo |
| Interpreter: | N/A | | |

## Initial Appearance

- ☒ Defendant sworn
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain ☐ Government does not recommend detention
- ☒ Set for Preliminary/Detention Hearing on March 20, 2018 @ 9:30 am

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant detained pending hearing
- ☐ Conditions

## Other

- ☐ Matter referred to _____ for final revocation hearing
- ☐