FILED
At Albuquerque NM
APR 1 0 2018
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**WAYNE DAVID RYAN**,<br><br>Defendant. | CRIMINAL NO. 18-1107 MV<br><br>Count 1: 18 U.S.C. §§ 922(o) and 924(a)(1): Possession of a Firearm;<br><br>Count 2: 26 U.S.C. §§ 5841, 5845(a) 5861(d), and 5871: Possession of Unregistered Firearm;<br><br>Count 3: 26 U.S.C. §§ 5842(b), 5845(a), 5861(i), and 5871: Possession of a Firearm Having No Serial Number; and<br><br>Count 4: 49 U.S.C. § 46306(b): Registration Violations Involving Aircraft Not Providing Air Transportation. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about January 20, 2018, in Socorro County, in the District of New Mexico, the defendant, **WAYNE DAVID RYAN**, did knowingly possess a machinegun, that is, an AR15 rifle converted to operate as a machinegun.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(1).

### Count 2

On or about January 20, 2018, in Socorro County, in the District of New Mexico, the defendant, **WAYNE DAVID RYAN**, knowingly received and possessed firearms, to wit: a machinegun and a silencer which were not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a), 5861(d), and 5871.

## Count 3

On or about January 20, 2018, in Socorro County, in the District of New Mexico, the defendant, **WAYNE DAVID RYAN**, knowingly received and possessed a firearm, to wit: a silencer having no serial number.

In violation of 26 U.S.C. §§ 5842(b), 5845(a), 5861(i), and 5871.

## Count 4

On or about July 23, 2017, in Socorro County, in the District of New Mexico, the defendant, **WAYNE DAVID RYAN**, owned an aircraft eligible for registration under 49 U.S.C. § 44102 and knowingly operated the aircraft (1) knowing the aircraft was not registered under 49 U.S.C. § 44102; and (2) knowing the aircraft's certificate of registration was suspended or revoked; and (3) knowing he did not have proper authorization to operate or navigate the aircraft.

In violation of 49 U.S.C. § 46306(b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

_____4/10/2018 11:06 AM