FD-302 (Rev. 5-8-10)                        - 1 of 2 -                        

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   07/23/2018

J███ K████ (K████), ex-wife of WAYNE DAVID RYAN (RYAN), date of birth (DOB) ██████, was interviewed telephonically. After being advised of the identity of the interviewing Agent and the nature of the interview, K████ provided the following information:

At the time of the interview K████ was "shaking." She did not know if RYAN would physically hurt her. She knew RYAN and had been in fear for her life from him before. She was aware that RYAN was monitored by GPS but said, "He's Wayne and can get around these things."

RYAN was very angry at K████. He was friends with "low-life people." K████ was concerned with whom RYAN would share her information and was not comfortable with the document (the FD-302 record of K████'s interview with the FBI) being in RYAN's hands.

K████ requested a record be made of her requesting her son be watched after if something were to happen to her. She said, "On the record, I need you to take care of my kids."

RYAN called and texted K████. She forwarded RYAN's text messages to the writer. These messages began on or around March 17, 2018, and continued until the time of the interview. She never replied to him. He used his old phone as well as phones he borrowed from friends to contact her. He referred to himself as "David" because he was "a new person." K████ did not want to be contacted by him at all.

RYAN was "a scary guy." K████ had previously found a place where she felt safe from him but no longer felt safe from the time he made contact with her. He was trying to intimidate her. He had intimated her for years. She hid their son from him because she believed RYAN was going to kill her.

K████ heard an airplane fly over her property on the morning of the interview and it scared her. It sounded like it had a small engine like RYAN's plane.

UNCLASSIFIED//FOUO

Investigation on   07/20/2018   at   Albuquerque, New Mexico, United States (Phone)

File # ████████████                                           Date drafted   07/23/2018

by   KACHER RYAN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

Continuation of FD-302 of (U//FOUO) Interview of J▮ K▮ , On 07/20/2018 , Page 2 of 2

When K▮ previously spoke to the writer about RYAN she withheld information. She did this out of fear and not out of loyalty and said, "Thank God I didn't say anything else about his guns or his weapons."

K▮ lost everything when she became involved with RYAN. She lost her credit, her job, etc...She asked, "Who wants to be involved with a person who does meth?"

K▮ wanted some sort of protection from the government against RYAN. She lived out in the middle of nowhere and RYAN knew her gate code. "He could send anybody out. I just want to be safe."