## Investigator Information



| | |
|---|---|
| Investigator | Daniel Berg |
| Organization | Federal Defenders - District of New Mexico |
| | 111 Lomas Blvd NW # 501 |
| | Albuquerque, NM USA 87102 |
| | 505-346-2489 |
| Additional Information | |

**ATTACHMENT A**

## Device Information

| | | | |
|---|---|---|---|
| Phone Software Version | ▮▮▮ | Build Type | user |
| | | SIM Country Iso | us |
| Brand | motorola | CPU ABI | ▮▮▮ |
| Model | Moto Z (2) | Device | ▮▮▮ |
| Time Zone | America/Denver | IMEI/MEID | ▮▮▮ |
| Time Zone Offset | 0 | Phone Type | ▮▮▮ |
| Manufacturer | motorola | SD Mounted? | ▮▮▮ |
| Build Fingerprint | ▮▮▮ | | ▮▮▮ |

## Device Information

| | | | |
|---|---|---|---|
| Sim Operator | ▓▓▓▓ | | |
| Roaming? | False | Product | ▓▓▓_verizon |
| Build Tags | ▓▓▓▓ | Build Host | ▓▓▓▓ |
| Time Zone | Mountain Standard Time | Sim State | ready |
| Serial | ▓▓▓▓ | Bootloader Version | ▓▓▓▓▓▓▓▓▓▓ |
| Hardware | qcom | | |
| Build User | ▓▓▓▓ | | |
| Time Zone Uses Daylight Savings | True | Is an External SD Supported? | False |

## Text Messages (76 of 8875)

| | | | |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | | Received | 3/17/2018 6:36:05 PM |
| Text | What | | |

| | | | |
|---|---|---|---|
| To | +15052055924 | From | |
| Seen | True | Has Been Read | True |
| Sent | 3/17/2018 6:14:26 PM | Received | |
| Text | From me by 5 o'clock tonight I will be in the FBI building in Albuquerque send help | | |

| | | | |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | | Received | 3/17/2018 6:10:24 PM |
| Text | Sharon is there still | | |

| | | | |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | | Received | 3/17/2018 6:10:23 PM |
| Text | Well be right back. | | |

| | | | |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | | Received | 3/17/2018 6:10:21 PM |
| Text | Peek a boo | | |

## Text Messages (76 of 8875)

| To | | From | +15052055924 | |
|---|---|---|---|---|
| Seen | True | Has Been Read | True | |
| Sent | | Received | 3/17/2018 4:54:33 PM | Text: Mornin GlorySee ya soon |

| To | +15052055924 | From | | |
|---|---|---|---|---|
| Seen | True | Has Been Read | True | |
| Sent | 3/17/2018 2:39:25 AM | Received | | Text: No problem |

| To | | From | +15052055924 | |
|---|---|---|---|---|
| Seen | True | Has Been Read | True | |
| Sent | | Received | 3/17/2018 2:38:35 AM | Text: Thx for the pizza |

| To | | From | +15052055924 | |
|---|---|---|---|---|
| Seen | True | Has Been Read | True | |
| Sent | | Received | 3/17/2018 12:45:53 AM | Text: Yeah!! |

| To | +15052055924 | From | | |
|---|---|---|---|---|
| Seen | True | Has Been Read | True | |
| Sent | 3/17/2018 12:38:19 AM | Received | | Text: I am coming up the hill now |

| To | | From | +15052055924 | |
|---|---|---|---|---|
| Seen | True | Has Been Read | True | |
| Sent | | Received | 3/17/2018 12:08:50 AM | Text: Well be home in a minute |

| To | +15052055924 | From | | |
|---|---|---|---|---|
| Seen | True | Has Been Read | True | |
| Sent | 3/17/2018 12:07:38 AM | Received | | Text: I'm bringing pizza up from Little Caesars for dinner |

| To | | From | +15052055924 | |
|---|---|---|---|---|
| Seen | True | Has Been Read | True | |
| Sent | | Received | 3/16/2018 5:28:46 PM | Text: David's home I'm at work |

| To | +15052055924 | From | | |

## Text Messages (76 of 8875)

| Field | Value | Field | Value |
|---|---|---|---|
| Seen | True | Has Been Read | True |
| Sent | 3/16/2018 4:33:05 PM Received | Text | Ok |

| Field | Value | Field | Value |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | Received | 3/16/2018 4:32:46 PM Text | Andy stopped off the tow dolly |

| Field | Value | Field | Value |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | Received | 3/16/2018 4:32:43 PM Text | Ok |

| Field | Value | Field | Value |
|---|---|---|---|
| To | +15052055924 | From | |
| Seen | True | Has Been Read | True |
| Sent | 3/16/2018 3:47:30 AM Received | Text | They gentle please don't tell anybody I'm not working right now and did I might and did I might leaving the area I just don't want people knowing my business |

| Field | Value | Field | Value |
|---|---|---|---|
| To | +15052055924 | From | |
| Seen | True | Has Been Read | True |
| Sent | 3/16/2018 2:13:25 AM Received | Text | I'll just let him bring it in |

| Field | Value | Field | Value |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | Received | 3/16/2018 2:02:47 AM Text | Maybe you can catch Andy and vet the tow dolly from him tonight ...Otherwise he'll be here at 7:30ish Nite |

| Field | Value | Field | Value |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | Received | 3/16/2018 2:01:39 AM Text | In the back. I'm going to sleep.Night Wayno |

## Text Messages (76 of 8875)

| To | From | Seen | Has Been Read | Sent | Received | Text |
|---|---|---|---|---|---|---|
| +15052055924 | | True | True | 3/16/2018 2:00:37 AM | | Where was she stuck at |
| | +15052055924 | True | True | | 3/16/2018 2:00:18 AM | Itty Bitty was stuck. So glad I found her!! |
| +15052055924 | | True | True | 3/16/2018 1:59:30 AM | | ☐☐ |
| | +15052055924 | True | True | | 3/16/2018 1:59:09 AM | Glad I saw ya outside milkmanSweet dreams |
| +15052055924 | | True | True | 3/16/2018 1:46:32 AM | | Well I guess nobody's home I'm going to write a see you later |
| | +15052055924 | True | True | | 3/11/2018 9:11:25 PM | Crazy rain it's snowing up at our house but I'm down here getting David eggs. And I took the trailer back |
| +15052055924 | | True | True | 3/11/2018 4:10:28 PM | | ☺ |
| +15052055924 | | | | | | |

## Text Messages (76 of 8875)

| | | | | | |
|---|---|---|---|---|---|
| Seen | True | | Has Been Read | True | |
| Sent | 3/11/2018 4:04:18 PM | Received | | Text | I will thank you |

| | | | | | |
|---|---|---|---|---|---|
| To | | | From | +15052055924 | |
| Seen | True | | Has Been Read | True | |
| Sent | | Received | 3/11/2018 4:02:55 PM | Text | Be safe. And have a good one |

| | | | | | |
|---|---|---|---|---|---|
| To | +15052055924 | | From | | |
| Seen | True | | Has Been Read | True | |
| Sent | 3/11/2018 4:00:14 PM | Received | | Text | Heading into work now |

| | | | | | |
|---|---|---|---|---|---|
| To | | | From | +15052055924 | |
| Seen | True | | Has Been Read | True | |
| Sent | | Received | 3/11/2018 3:59:25 PM | Text | Sure do. You workin? |

| | | | | | |
|---|---|---|---|---|---|
| To | +15052055924 | | From | | |
| Seen | True | | Has Been Read | True | |
| Sent | 3/11/2018 3:42:34 PM | Received | | Text | Yes thank you they take me back in time☐☐ |

| | | | | | |
|---|---|---|---|---|---|
| To | | | From | +15052055924 | |
| Seen | True | | Has Been Read | True | |
| Sent | | Received | 3/11/2018 3:41:18 PM | Text | You like the cd's? |

| | | | | | |
|---|---|---|---|---|---|
| To | | | From | +15052055924 | |
| Seen | True | | Has Been Read | True | |
| Sent | | Received | 3/11/2018 5:56:06 AM | Text | You still here? I have those cd's for ya!!! |

| | | | | | |
|---|---|---|---|---|---|
| To | +15052055924 | | From | | |
| Seen | True | | Has Been Read | True | |
| Sent | 3/11/2018 5:53:45 AM | Received | | Text | Yes you are |

| | | | | | |
|---|---|---|---|---|---|
| To | | | From | +15052055924 | |

## Text Messages (76 of 8875)

| | | | | | |
|---|---|---|---|---|---|
| Seen | True | | Has Been Read | True | |
| Sent | | Received | 3/11/2018 5:53:19 AM | Text | I am now. LoL |

| | | | | | |
|---|---|---|---|---|---|
| To | +15052055924 | | From | | |
| Seen | True | | Has Been Read | True | |
| Sent | 3/11/2018 4:11:48 AM | Received | | Text | Hello Jano are you still up |

| | | | | | |
|---|---|---|---|---|---|
| To | | | From | +15052055924 | |
| Seen | True | | Has Been Read | True | |
| Sent | | Received | 3/10/2018 4:16:23 PM | Text | Thought you might |

| | | | | | |
|---|---|---|---|---|---|
| To | +15052055924 | | From | | |
| Seen | True | | Has Been Read | True | |
| Sent | 3/10/2018 3:58:32 PM | Received | | Text | Cool I'll take them |

| | | | | | |
|---|---|---|---|---|---|
| To | | | From | +15052055924 | |
| Seen | True | | Has Been Read | True | |
| Sent | | Received | 3/10/2018 3:57:47 PM | Text | So I'm getting rid of some CDs and some of them are country if you want them you can have them |

| | | | | | |
|---|---|---|---|---|---|
| To | +15052055924 | | From | | |
| Seen | True | | Has Been Read | True | |
| Sent | 3/10/2018 3:55:55 PM | Received | | Text | ☺ |

| | | | | | |
|---|---|---|---|---|---|
| To | | | From | +15052055924 | |
| Seen | True | | Has Been Read | True | |
| Sent | | Received | 3/10/2018 3:55:32 PM | Text | Okay seriously I'm getting in the shower now dogs are whining and I'm sure the bunnies are starving cuz it's so late so I'll talk to you later when I have a good day at work |

| | | | | |
|---|---|---|---|---|
| To | +15052055924 | | From | |

## Text Messages (76 of 8875)

| Seen | True | Has Been Read | True | | |
|---|---|---|---|---|---|
| Sent | 3/10/2018 3:55:19 PM | Received | | Text | We'll figure something out |

| To | | From | +15052055924 | | |
|---|---|---|---|---|---|
| Seen | True | Has Been Read | True | | |
| Sent | | Received | 3/10/2018 3:54:55 PM | Text | That be cool. But what will you use? Can you borrow a trailer from someone |

| To | +15052055924 | From | | | |
|---|---|---|---|---|---|
| Seen | True | Has Been Read | True | | |
| Sent | 3/10/2018 3:53:43 PM | Received | | Text | Don't worry everything will get moved sweetheart |

| To | +15052055924 | From | | | |
|---|---|---|---|---|---|
| Seen | True | Has Been Read | True | | |
| Sent | 3/10/2018 3:53:26 PM | Received | | Text | I know I wouldn't even going to be back this weekend I was going to be in Colorado Springs but my car had issues if it didn't have issues I'd still be there |

| To | | From | +15052055924 | | |
|---|---|---|---|---|---|
| Seen | True | Has Been Read | True | | |
| Sent | | Received | 3/10/2018 3:52:42 PM | Text | No I didn't want to drive in the dark and you know me I go to bed early |

| To | +15052055924 | From | | | |
|---|---|---|---|---|---|
| Seen | True | Has Been Read | True | | |
| Sent | 3/10/2018 3:52:28 PM | Received | | Text | I'm off Monday and Tuesday me and Dave can move a bunch of stuff while you're at work even |

| To | +15052055924 | From | | | |
|---|---|---|---|---|---|
| Seen | True | Has Been Read | True | | |

## Text Messages (76 of 8875)

| | | | | | |
|---|---|---|---|---|---|
| Sent | 3/10/2018 3:51:59 PM | Received | | Text | I know it does when I get off work today I'll come and help I was going to work late last night with you but you said you weren't going to haul anymore |

| | | | | |
|---|---|---|---|---|
| To | +15052055924 | From | | |
| Seen | True | Has Been Read | True | |
| Sent | 3/10/2018 3:51:41 PM | Received | | Text | Actually I am working today I have Dave a full-time job and you can do school work in the evening that's something we should discuss I guess |

| | | | | |
|---|---|---|---|---|
| To | | From | +15052055924 | |
| Seen | True | Has Been Read | True | |
| Sent | | Received | 3/10/2018 3:51:36 PM | Text | Moving makes me so stressed. |

| | | | | |
|---|---|---|---|---|
| To | | From | +15052055924 | |
| Seen | True | Has Been Read | True | |
| Sent | | Received | 3/10/2018 3:50:58 PM | Text | Okay so are you working or you want to come help us move |

| | | | | |
|---|---|---|---|---|
| To | +15052055924 | From | | |
| Seen | True | Has Been Read | True | |
| Sent | 3/10/2018 3:50:26 PM | Received | | Text | I know I was talking to Dave about it last night |

| | | | | |
|---|---|---|---|---|
| To | | From | +15052055924 | |
| Seen | True | Has Been Read | True | |
| Sent | | Received | 3/10/2018 3:49:36 PM | Text | We will talk later we got figure out something though |

| | | | | |
|---|---|---|---|---|
| To | +15052055924 | From | | |
| Seen | True | Has Been Read | True | |
| Sent | 3/10/2018 3:49:27 PM | Received | | Text | You got to add another line to |

## Text Messages (76 of 8875)

| | | | |
|---|---|---|---|
| | | | another two-year contract and right now I'm contract-free |

| | | | |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | | Received  3/10/2018 3:48:55 PM | Text  You have to sign him up for 2 years dang |

| | | | |
|---|---|---|---|
| To | +15052055924 | From | |
| Seen | True | Has Been Read | True |
| Sent | 3/10/2018 3:48:41 PM | Received | Text  Other than School |

| | | | |
|---|---|---|---|
| To | +15052055924 | From | |
| Seen | True | Has Been Read | True |
| Sent | 3/10/2018 3:48:23 PM | Received | Text  And he was talking about that is not working out for the school online that he was talking about doing other things and if that happens I'm stuck with a 2-year contract for something that he's not using except for personal use |

| | | | |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | | Received  3/10/2018 3:48:22 PM | Text  We know is talk-to-text for Wayno ... lol |

| | | | |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | | Received  3/10/2018 3:47:54 PM | Text  Anyway I'm going to hop in the shower I got to get moving stuff we'll talk later we know bye |

| | | | |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | | Received  3/10/2018 3:47:28 PM | Text  I think that be the best way to go is if you just added him to your plan |

## Text Messages (76 of 8875)

| | | | |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | | Received | 3/10/2018 3:47:03 PM |
| Text | Not really it's like 7 gigs and then it goes to slow.  the neighbors down the street from us say they use the actual Verizon like you have and that hotspot works fine for all their internet needs out there on the ranch | | |

| | | | |
|---|---|---|---|
| To | +15052055924 | From | |
| Seen | True | Has Been Read | True |
| Sent | 3/10/2018 3:45:59 PM | Received | |
| Text | His was unlimited data | | |

| | | | |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | | Received | 3/10/2018 3:45:30 PM |
| Text | We don't have enough data for it to work on our phones | | |

| | | | |
|---|---|---|---|
| To | +15052055924 | From | |
| Seen | True | Has Been Read | True |
| Sent | 3/10/2018 3:44:40 PM | Received | |
| Text | He could have done it off of your phone into a hotspot he could have done it with his phone and use it for a hotspot | | |

| | | | |
|---|---|---|---|
| To | | From | +15052055924 |
| Seen | True | Has Been Read | True |
| Sent | | Received | 3/10/2018 3:43:52 PM |
| Text | Yeah that's what I've been paying for the internet here , actually the first month I had the internet it was $179 | | |

| | | | |
|---|---|---|---|
| To | +15052055924 | From | |
| Seen | True | Has Been Read | True |

## Text Messages (76 of 8875)

| | | | | | |
|---|---|---|---|---|---|
| Sent | 3/10/2018 3:42:04 PM | Received | | Text | I said he needed to do it from a hot spot when he was living at your place there he said no it wouldn't work that's $100 a month extra if it goes on my plan |

| | | | | | |
|---|---|---|---|---|---|
| To | | | From | +15052055924 | |
| Seen | True | | Has Been Read | True | |
| Sent | | Received | 3/10/2018 3:39:25 PM | Text | Can you add a phone to your phone plan |

| | | | | | |
|---|---|---|---|---|---|
| To | | | From | +15052055924 | |
| Seen | True | | Has Been Read | True | |
| Sent | | Received | 3/10/2018 3:39:16 PM | Text | Ok. Is it your phone unlimited, like you have a plan through actual Verizon not prepaid? I think that's what we need to get David so he could do his school from hotspot on his phone |

| | | | | | |
|---|---|---|---|---|---|
| To | +15052055924 | | From | | |
| Seen | True | | Has Been Read | True | |
| Sent | 3/10/2018 3:37:52 PM | Received | | Text | You might check and see if they have one there at the Family Dollar they have them there too if they do I can give you the money for it |

| | | | | | |
|---|---|---|---|---|---|
| To | +15052055924 | | From | | |
| Seen | True | | Has Been Read | True | |
| Sent | 3/10/2018 3:37:21 PM | Received | | Text | I went there last night to get a card and they don't have any $50 cards seriously |

| | | | | | |
|---|---|---|---|---|---|
| To | | | From | +15052055924 | |
| Seen | True | | Has Been Read | True | |
| Sent | | Received | 3/10/2018 3:36:30 PM | Text | Mornin Glorywas thinking ...Can you |

## Text Messages (76 of 8875)

| | | | |
|---|---|---|---|
| | | | get David an unlimited phone? Phone man said we can't get internet up there and he needs it for school. |

| To | | From | +15052055924 |
|---|---|---|---|
| Seen | True | Has Been Read | True |
| Sent | | Received 3/10/2018 2:51:28 AM | Text My phones dying … I'll talk to you later |

| To | +15052055924 | From | |
|---|---|---|---|
| Seen | True | Has Been Read | True |
| Sent | 3/10/2018 2:47:46 AM | Received | Text ☐☐ |

| To | | From | +15052055924 |
|---|---|---|---|
| Seen | True | Has Been Read | True |
| Sent | | Received 3/10/2018 2:47:08 AM | Text Ok. I was talking to Zach. |

| To | 15052055924 | From | |
|---|---|---|---|
| Seen | True | Has Been Read | True |
| Sent | 3/10/2018 2:41:09 AM | Received | Text tell Dave I got a hold of the owner of the phone and he's insisting on giving me a reward so will apply that to fixing his old phone or just getting in my cell phone bill paid today |