UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 1:18-CR-1107-MV-1 |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Albuquerque, New Mexico |
| | ) | |
| | ) | Monday, April 16, 2018 |
| WAYNE RYAN, | ) | |
| | ) | (10:06 a.m. to 10:13 a.m.) |
| Defendant. | ) | |

ARRAIGNMENT

BEFORE THE HONORABLE LAURA FASHING,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff: SHANA LONG, ESQ.
U.S. Attorney’s Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103

For Defendant: ALEJANDRO B. FERNANDEZ, ESQ.
Federal Public Defender's Office
111 Lomas Blvd. NW, Suite 501
Albuquerque, NM 87102

Court Reporter: Recorded; Rio Grande

Clerk: N. Maestas

Transcribed By: Exceptional Reporting Services, Inc.
P.O. Box 18668
Corpus Christi, TX 78480-8668
361 949-2988

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

**Albuquerque, New Mexico; Monday, April 16, 2018; 10:06 a.m.**

**(Call to Order)**

**THE CLERK:** United States of America versus Wayne Ryan.

**MR. KRAEHE:** Good morning, your Honor. George Kraehe for the United States.

**MR. FERNANDEZ:** Good morning, your Honor. Alejandro Fernandez for Mr. Wayne Ryan who is present to my left.

**THE COURT:** All right. Good morning to both of you.

Mr. Ryan, we are here on an arraignment on an indictment that has been filed against you. And so first let me ask you, sir, whether you have received a copy of that indictment.

**THE DEFENDANT:** I just received it this morning.

**THE COURT:** Okay, have you had a chance to read it?

**THE DEFENDANT:** Not in full, but skimmed over it.

**THE COURT:** Okay, would you like some more time to sit down with your attorney and go over --

**THE DEFENDANT:** Yes, ma'am.

**THE COURT:** -- it with him? I'm --

**MR. FERNANDEZ:** I think --

**THE COURT:** -- happy to let you do that.

**MR. FERNANDEZ:** Your Honor, I think we understand the gist of it. What we haven't, of course, gotten yet is discovery. And what I explained to Mr. Ryan is that we're

going to go through that very closely together.

At this point, we are prepared to enter pleas of not guilty, however. And if your Honor is in a position to accept that, I think we can go forward.

**THE COURT:** Okay, well, let me just do a little bit more here.

So, Mr. Ryan, I'm just going to go over, sort of, the basic charges with you.

In Count One you've been changed -- you have been charged -- excuse me -- with (audio glitch) essentially a machine gun, in violation of 18 United States Code, Sections 922(o) and 924(a)(1).

In Count Two, you've been charged with possessing an unregistered firearm, in violation of 26 United States Code, Sections 5841, 5845(a), 5861(d) and 5871.

In Count Three, you have been charged with possession of a firearm that has no serial number in violation of 26 United States Code, Sections 5842(b), 5845(a), 5861(i), and 5871.

And lastly, in Count Four, you've been charged with registration violations involving aircraft not providing air transportation, in violation of 49 United States Code, Section 46 –- this is a long one -- 46306(b).

So first let me ask you, do you understand the charges in the indictment?

**THE DEFENDANT:** Pardon me?

**THE COURT:** Do you understand the charges in the indictment?

**THE DEFENDANT:** I believe so.

**THE COURT:** Okay, and, Ms. Long, I'm going to ask you to go ahead and state what the penalties are.

Oh, I'm sorry, Mr. Kraehe. I'm sorry.

**MR. KRAEHE:** Your Honor, as to Counts One, Two, and Three, the Defendant faces a potential term of imprisonment of ten years, a fine of up to $250,000, a term of supervised release of up to three years, and a special penalty assessment of $100.

As to Count Four, that's the 49 U.S.C. Section 46306, the Defendant faces a term of imprisonment of up to three years, a term of supervised release of up to a year, a fine of up to $10,000, and a special penalty assessment of $100.

**THE COURT:** All right. Mr. Ryan, do you understand that those are the potential penalties that you face?

**THE DEFENDANT:** Yes, ma'am.

**THE COURT:** Okay, Mr. Fernandez, what's your position with respect to reading the indictment?

**MR. FERNANDEZ:** Your Honor, we would waive a formal reading of the indictment, and as I previously mentioned, enter pleas of not guilty.

**THE COURT:** Okay, Mr. Ryan, I will enter a plea of

not guilty on your behalf with respect to each of the four counts of the indictment.

Your motions are due May 7th. (Audio glitch). And she will set the trial date. I will issue a standard discovery order.

Is there anything else we need to take up?

**MR. FERNANDEZ:** Well, your Honor, I filed a motion to have Mr. Ryan's bail conditions reconsidered. There's new information that came to light after our initial bail hearing.

I know -- I'm not sure under Cisneros whether it would be appropriate for you to hear it, given that there's now a new indictment in place.

**THE COURT:** I think our practice would be that it should go -- who was the original judge?

**MR. FERNANDEZ:** Judge Molzen, your Honor.

**THE COURT:** I don't have -- I'm sorry?

**MR. FERNANDEZ:** Judge Molzen, your Honor.

**THE COURT:** Yeah, I think under Cisneros, our view is that it should go back to the original decider. And so I assume that that motion has been presented to her.

When was it filed?

**MR. FERNANDEZ:** Just late last week, I think Thursday, your Honor.

**THE COURT:** Okay, so it may be that they're -- she's waiting for the Government to respond.

**MR. FERNANDEZ:** Okay.

**THE COURT:** So that will -- once it's ready for hearing, just make sure -- if she -- if you're not getting a hearing date from her --

**MR. FERNANDEZ:** Touch base.

**THE COURT:** -- you may want to contact her chambers.

**MR. FERNANDEZ:** Your Honor, I do have a very quick matter I would ask to approach on.

**THE COURT:** Sure.

**MR. FERNANDEZ:** And if the U.S. Marshal may approach as well?

**THE COURT:** Yes.

**(Begin Bench Conference 10:12 a.m.)**

**MR. FERNANDEZ:** I've actually confirmed in the last week or so that he has had -- he's cooperated with law enforcement before. He says he's very concerned. He’s seen people that he's cooperated against in jail.

He's asking to be put in protective custody. So I just want to put that on the record and see whether or not that's possible with you guys.

**THE MARSHAL:** That should be fine. If we request it, we can accommodate it.

**THE COURT:** Okay, any issues? Okay, all right. Thank you.

**MR. FERNANDEZ:** Thank you.

**(End Bench Conference 10:12 a.m.)**

**MR. FERNANDEZ:** And thank you, your Honor. That concludes matters for the Defense.

**THE COURT:** All right, thank you.

**(Proceedings concluded at 10:13 a.m.)**

**CERTIFICATION**

**I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.**

**September 5, 2018**

**Signed** **Dated**

***TONI HUDSON, TRANSCRIBER***