IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 18-CR-1107 MV |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 922(o) and |
| ) | 924(a)(1): Possession of Machineguns; |
| **WAYNE DAVID RYAN,** ) | |
| ) | Counts 2 and 3: 26 U.S.C. §§ 5841, |
| Defendant. ) | 5845(a), 5861(d), and 5871: Possession of |
| ) | an Unregistered Firearm; |
| ) | |
| ) | Count 4: 26 U.S.C. §§ 5842(b), 5845(a), |
| ) | 5861(i), and 5871: Possession of a |
| ) | Firearm Having No Serial Number; |
| ) | |
| ) | Count 5: 49 U.S.C. § 46306(b)(6): |
| ) | Operating an Aircraft without |
| ) | Registration; |
| ) | |
| ) | Count 6: 49 U.S.C. § 46306(b)(7): |
| ) | Operating an Aircraft without an Airman's |
| ) | Certificate. |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count 1

Between on or about September 28, 2017, and March 15, 2018, in Socorro County, in the District of New Mexico, the defendant, **WAYNE DAVID RYAN**, did knowingly possess machineguns, that is, parts designed and intended for use in converting a weapon into a machinegun.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(1).

Count 2

Between on or about September 28, 2017, and March 15, 2018, in Socorro County, in the District of New Mexico, the defendant, **WAYNE DAVID RYAN**, knowingly received and possessed firearms, to wit: machineguns which were not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a), 5861(d), and 5871.

Count 3

Between on or about January 20, 2018, and March 15, 2018, in Socorro County, in the District of New Mexico, the defendant, **WAYNE DAVID RYAN**, knowingly received and possessed firearms, to wit: silencers which were not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a), 5861(d), and 5871.

Count 4

Between on or about January 20, 2018, and March 15, 2018, in Socorro County, in the District of New Mexico, the defendant, **WAYNE DAVID RYAN**, knowingly received and possessed firearms, to wit: silencers having no serial number.

In violation of 26 U.S.C. §§ 5842(b), 5845(a), 5861(i), and 5871.

Count 5

On or about June 23, 2017, in Socorro County, in the District of New Mexico, the defendant, **WAYNE DAVID RYAN**, owned an aircraft eligible for registration under 49 U.S.C. § 44102 and knowingly and willfully operated the aircraft knowing that the aircraft was not registered under section 44103 of this title; that the aircraft's certificate of registration was

suspended and revoked; and that he did not have proper authorization to operate or navigate the aircraft without registration for a period of time after transfer of ownership.

In violation of 49 U.S.C. § 46306(b)(6).

### Count 6

On or about June 23, 2017, in Socorro County, in the District of New Mexico, the defendant, **WAYNE DAVID RYAN**, owned an aircraft eligible for registration under 49 U.S.C. § 44102 and knowingly and willfully served as an airman without an airman's certificate authorizing him to serve in that capacity.

In violation of 49 U.S.C. § 46306(b)(7).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

_____10/19/2018 3:34 PM