IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 18-CR-1107-MV |
| | ) | |
| vs. | ) | |
| | ) | |
| **WAYNE DAVID RYAN**, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' WITNESS LIST

The United States gives notice that it intends to call the following witnesses at the trial of the above-referenced matter:

1. Steven Carter
   New Mexico State Police District 11
   New Mexico Department of Public Safety
   Interstate 25 Exit 152
   Socorro, NM 87801

This witness has personal knowledge of the defendant's admissions and the defendant's possession and control of a machinegun and/or machinegun components during the relevant period.

2. FBI Special Agent Jacob Vanbrandwijk
   4200 Luecking Park Ave NE
   Albuquerque, NM 87107
   (505) 889-1300

This witness has personal knowledge of the video and audio recordings that were made of the defendant during the relevant period. This witness also has personal knowledge of recordings of jail calls in which the defendant makes admissions regarding his conduct during the relevant period.

3. FBI Special Agent Peter Ubbelohde
   4200 Luecking Park Ave NE
   Albuquerque, NM 87107
   (505) 889-1300

This witness has personal knowledge of the search and seizure of machineguns, machinegun components, ammunition, silencers, aircraft, and other items on the defendant's property during the relevant period.

4. ATF Special Agent Kevin Wolfe
   Special Agent/CESBT
   201 3rd St NW. suite 1550
   Albuquerque NM, 87102
   (505) 346-6914

This witness has personal knowledge of National Firearms Act records checks conducted on the defendant and firearms/silencers found in the defendant's possession during the relevant period.

5. Tania Pleasants
   ATF Industry Operations Investigator
   950 17th St, Denver, CO 80202
   (303) 575-7600

This witness has personal knowledge of National Firearms Act records checks conducted on the defendant and firearms/silencers found in the defendant's possession during the relevant period.

6. ATF Enforcement Officer Gregory S. Stimmel
   Bureau of Alcohol, Tobacco, Firearms and Explosives
   244 Needy Road
   Martinsburg, West Virginia, 25405
   (304) 616-4300

This witness has personal knowledge of the examination and testing conducted on the machinegun, machinegun components, silencers, and/or other items found in the defendant's

possession during the relevant period. This witness will offer expert testimony consistent with the expert report previously disclosed in this matter.

7. Carla Colwell
   Airmen Certification Branch
   Federal Aviation Administration
   Attn: Carla Colwell ~ AFB-720
   6425 S Denning Ave.
   Oklahoma City, OK 73169-6937
   (405) 954-3859

This person is custodian of records for the FAA's Airmen Certification Branch and has personal knowledge of policies, customs, and practices regarding airman certification, the FAA's airman certification record-keeping during the relevant period, and the defendant's FAA airman file and certification history.

8. Ryan Alsch
   31 Calle Playa Del Sol NE
   Albuquerque, NM 87109
   (707) 592-7276

This witness has personal knowledge of the defendant's operation of an aircraft, a videotape made of same, and the defendant's verbal admissions during the relevant period.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*/s/ Electronically filed*
GEORGE C. KRAEHE
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on the 14th day of February 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for defendant to be served by electronic means.

***/s/ Filed Electronically***
GEORGE C. KRAEHE
Assistant U.S. Attorney