IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 18-CR-1107 MV |
| ) | |
| vs. ) | |
| ) | |
| **WAYNE DAVID RYAN,** ) | |
| ) | |
| Defendant. ) | |

## **PLAINTIFF'S EXHIBIT LIST**

THE UNITED STATES OF AMERICA hereby provides its exhibit list for its case-in-chief:

| Name of Party Submitting Exhibits: United States | | United States v. Wayne David Ryan, 18-cr-1107 MV |
|---|---|---|
| Presiding Judge: **Martha Vãzquez** | Court Reporter: | Trial Exhibits |
| | | Courtroom Deputy: Linda Zieba-Romero |

| Pltf No. | Deft No. | Witness | Off. | Obj. | Adm. | Description of Exhibits |
|---|---|---|---|---|---|---|
| 1 | | | | | | Modified Ml6-type stripper clip ("square root" device) |
| 2 | | | | | | Photograph Steven Carter took of "Square Root" machinegun component |
| 3 | | | | | | Video and audio tape of Wayne David Ryan's January 20, 2018, meeting with CHS2 (0119.016; 0119.017; 0119.018: 00:00 to 2:25 and 5:47 to 6:59; 0119:018: 3:10 to 3:30 and 7:49 to 8:50). |
| 4 | | | | | | Transcript of video and audio tape of the Wayne David Ryan's January 20, 2018, meeting with CHS2 |
| 5 | | | | | | Still photo of video of Wayne David Ryan's January 20, 2018, meeting with CHS2, 0119.016 at 3:02 (of defendant with plyers in his hand making the "square root" automatic firing device) |

| Pltf No. | Deft No. | Witness | Off. | Obj. | Adm. | Description of Exhibits |
|---|---|---|---|---|---|---|
| 6 | | | | | | Still photo of video of Wayne David Ryan's January 20, 2018, meeting with CHS2, 0119.018 at 2:08 (of defendant holding the automatic weapon) |
| 7 | | | | | | Still photo of video of Wayne David Ryan's January 20, 2018, meeting with CHS2, 0119.018 at 5:54 (of defendant holding the automatic weapon) |
| 8 | | | | | | Still photo of video of Wayne David Ryan's January 20, 2018, meeting with CHS2, 0119.018 at 6:03 (of defendant holding the automatic weapon) |
| 9 | | | | | | Still photo of video of Wayne David Ryan's January 20, 2018, meeting with CHS2, 0119.019 at 3:12 (of defendant holding the automatic weapon) |
| 10 | | | | | | Jail call |
| 11 | | | | | | Palmetto State Armory, model PA-15, 5.56 NATO caliber rifle bearing serial number PA077234 |
| 12 | | | | | | Modified Ml6-type stripper clip ("square root" device) |
| 13 | | | | | | Modified Ml6-type stripper clip ("square root" device) |
| 14 | | | | | | Rifle barrel with attached automotive oil filter (home-made silencer) |
| 15 | | | | | | Automotive oil filter (home-made silencer) |
| 16 | | | | | | Automotive oil filter (home-made silencer) |
| 17 | | | | | | Automotive oil filter (home-made silencer) |
| 18 | | | | | | Automotive oil filter (home-made silencer) |
| 19 | | | | | | Automotive oil filter (home-made silencer) |
| 20 | | | | | | Photos of aircraft found on the defendant's property |
| 21 | | | | | | National Firearms Act certification for Wayne David Ryan |
| 22 | | | | | | Certified Airman File for Wayne David Ryan (1355-1398) |
| 23 | | | | | | Certified Aerospace Medical Certification File for Wayne David Ryan (1399-1404) |
| 24 | | | | | | Video of Wayne David Ryan operating aircraft on July 27, 2017 |
| 25 | | | | | | Still photograph of video of Wayne David Ryan operating aircraft on July 27, 2017 |

The United States reserves the right to introduce any documents produced in discovery or by Defendant not otherwise specified in this Notice, and to amend its exhibit list before trial.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

/s
GEORGE C. KRAEHE
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 224-1501
(505) 246-7296 fax

I HEREBY CERTIFY that I filed the foregoing electronically through the CM/ECF system, which caused the below counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Filed Electronically*
GEORGE C. KRAEHE
Assistant U.S. Attorney