FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
APR 0 1 2019
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WAYNE RYAN,

    Defendant.

Case No. 18 CR 01107 MV

### ORDER GRANTING PERMISSION TO TRAVEL

THIS MATTER having come before the Court upon motion of Mr. Ryan, with the agreement of the United States Pre-Trial Services Offices, as well as the United States Attorney, and having been made fully aware of the relevant circumstances,

IT IS HEREBY ORDERED:

Mr. Ryan shall be allowed to travel to New Mexico for one week on a date to be set by pretrial services in conjunction with Mr. Ryan. Mr. Ryan shall contact supervision as required during this period of travel. All of Mr. Ryan's other conditions of release remain in effect.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
Alejandro Fernandez
Assistant Federal Public Defender