*Offic  Enforcement and Removal*
*Operations*

**U.S. Department of Homeland Security**
5441 Watson Dr. SE.
Albuquerque, NM 87106



**U.S. Immigration
and Customs
Enforcement**

May 7, 2018

| | |
|---|---|
| MEMORANDUM FOR: | William P. Joyce<br>Acting Field Office Director |
| THROUGH: | Official Channels |
| FROM: | Matthew Salcido<br>Deportation Officer<br>Immigration and Customs Enforcement |
| SUBJECT: | Cellular phone damage |

The memorandum is being composed to inform the chain of command of the accidental damage caused to my government issued cellular phone, cellular number 505-975-9869. Over the weekend I inadvertently dropped the cellular device in water and that has rendered the device inoperable. The device was protected by the issued Ottorbox case but one of the ports was open allowing water to seep into the device.

I am formally requesting a replacement phone at the agencies earliest convivence.,



GOVERNMENT
EXHIBIT
**1**