IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>WAYNE RYAN,<br><br>          Defendant. | Case No. 18 CR 01107 MV |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**
(For Ruling Before Magistrate Judge)

Wayne Ryan, Defendant, by and through counsel, Alejandro Fernandez, Assistant Federal Public Defender, moves this Court to modify conditions of release to allow Mr. Ryan to return to New Mexico for ten (10) days on a date to be set by pretrial services in conjunction with Mr. Ryan. As grounds for said motion, Defendant states:

    1.    On May 21, 2018, this Court ordered Mr. Ryan's release under a set of conditions. [Doc. 25]. Mr. Ryan has been successful on release.

    2.    One of the conditions of Mr. Ryan's release is that he is under the third-party custody of Charles Peterson, his employer, based in Phoenix, Arizona.

3. Mr. Ryan asks that he be allowed to travel to New Mexico to secure his home and retrieve property in New Mexico. Mr. Ryan would return to Arizona at the end of this period.

4. Mr. Ryan would be required to check-in with his pretrial officer as required by his supervisory officer.

5. Neither AUSA Kraehe nor Officer Daniel Stewart oppose this request.

**WHEREFORE**, Mr. Ryan respectfully requests that this Court allow him to travel to New Mexico to secure his home and property as outlined above.

    Respectfully Submitted,
    FEDERAL PUBLIC DEFENDER
    111 Lomas Blvd. NW, Suite 501
    Albuquerque, New Mexico 87102
    (T) (505) 346-2489
    (F) (505) 346-2494

    *Electronically Filed*
    ALEJANDRO B. FERNANDEZ
    alejandro_fernandez@fd.org
    Assistant Federal Public Defender
    Counsel for Mr. Ryan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on June 14, 2019, I filed the foregoing electronically through the CM/ECF system, which caused AUSA George Kraehe to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

I FURTHER CERTIFY THAT on such date I served the foregoing by e-mail on the following non-CM/ECF Participants: USPO Anthony Galaz

*Electronically filed*